**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 05-0636 (MGD/JGL)**

---

Jason Ewert and June Davis,

    Plaintiffs,

vs.                                            **ORDER OF DISMISSAL
                                              WITH PREJUDICE**

Bonham Chrysler Plymouth Dodge Jeep Eagle, Inc.,
a Texas Corporation,
Jackie Garrett, individually,
"Tony" Storm, individually, and
Shawn Davis, individually,

    Defendants.

---

**BASED ON THE STIPULATION OF THE PARTIES (Document 10), IT IS HEREBY**

**ORDERED** that all claims of the Plaintiffs in the above-captioned matter may be and hereby are dismissed with prejudice on the merits and without costs, disbursements or attorney's fees to any party.

                                                                        **BY THE COURT:**

Dated: January 23, 2006                                s / Michael J. Davis
                                                                           MICHAEL J. DAVIS
                                                                           United States District Court Judge